**Motion granted in part and denied in part, and Order filed August 30, 2022.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-22-00341-CV
———————

### GIZATE Y. ADELA, Appellant

### V.

### HAMILTON COURT CONDOMINIUM, Appellee

**On Appeal from the County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 1113076**

## ORDER

Before the court is appellant's motion to supplement the clerk's record. *See* Tex. R. App. P. 34.5(c)(1). Appellant seeks to supplement the record with a motion he filed on November 22, 2021 and a notice he filed on February 21, 2022, which do not appear in the appellate record. All other documents requested by the motion have been filed in supplemental clerk's records. Accordingly, the motion is DENIED IN PART to the extent it requests documents beyond the referenced motion and notice.

The court GRANTS IN PART appellant's motion and directs the Harris County Clerk to file a supplemental clerk's record on or before September 20, 2022 containing the motion filed with the trial court on November 22, 2021 and a notice appellant filed with the trial court on February 21, 2022. If either of those omitted items are not part of the case file, the county clerk is directed to file as part of the supplemental clerk's record a certified statement that the omitted item is not a part of the case file.

PER CURIAM

Panel Consists of Justices Wise, Jewell, and Poissant.